# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Olasupo Olagoke, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Surviving Members of Management Deluxe Corp Bentonville, Illinois in 1980-1981 Personally Liable, | ) | Case No. 1:18-cv-126 |
| Defendant. | ) | |

On June 12, 2018, plaintiff filed a motion seeking to leave to proceed with the above-entitled action *in forma pauperis*. Upon reviewing financial information filed by plaintiff in support of motion, the undersigned concluded that plaintiff had failed to demonstrate an inability to pay the filing fee.[1] Consequently, on July 13, 2018, the undersigned issued an order denying plaintiff's motion and advising that this action would be dismissed should he fail to pay the filing fee by July 20, 2018. (Doc. No. 3).

On July 9, 2018, plaintiff filed notice of his consent to the undersigned's exercise of jurisdiction. (Doc. No. 5). However, he has yet to pay the filing fee, request additional time in which to pay the filing fee, or otherwise shown cause for his failure to pay the filing fee in the time allotted to him by the undersigned.

Plaintiff was warned that failure to comply with the undersigned's order would result in dismissal of his lawsuit without prejudice. Plaintiff has failed to comply with the order and the time for doing has passed. Accordingly, the above-entitled action is **DISMISSED** without prejudice.

---

[1] The court further noted other potential issues regarding the applicable statute of limitation and plaintiff"s choice of forum. (Doc. No. 3).

1

**IT IS SO ORDERED.**

Dated this 27th day of July, 2018.

                */s/ Charles S.  Miller, Jr.*
                Charles S.  Miller, Jr., Magistrate Judge
                United States District Court